IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ONDIMAR TRANSPORTES MARITIMOS, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. H-07-1223 |
| BEATTY STREET PROPERTIES, INC., and M/V BAYOU CITY, | § § § § | |
| Defendants. | § | |

## ORDER

The parties have filed an unopposed motion for continuance pending the outcome of issues before the United States Court of Appeals for the Fifth Circuit on interlocutory appeal. The motion and supplemental motion are granted. This case is administratively closed and the pending motions are deemed withdrawn pending the Fifth Circuit's decision. The case will be reinstated on this court's active docket on the motion of any party made within 14 days after the Fifth Circuit issues its ruling.

SIGNED on September 25, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge